1020

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. H. J. LUNNEY and Dorothy O'Hara Lunney, Copartners, Doing Business as Fashion Forecast, Respondents.

No. 11172.

Circuit Court of Appeals, Ninth Circuit.

Nov. 27, 1945.

A. Norman Somers, Asst. Gen. Counsel, NLRB, of Washington, D. C., for petitioner.

No appearance for respondent.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

This cause coming on for hearing on petition of the National Labor Relations Board, filed October 31, 1945, for entry of a decree of this Court enforcing its order herein of October 23, 1945, and it appearing from the transcript of record in this cause that the respondents consent to entry of such a decree of this court, and that the respondents have been served by an order to show cause issued out of this Court and have filed no response to such order to show cause and that the time limited in such order to show cause within which a response may be filed has expired, and good cause therefor appearing, it is ordered that a decree of this Court enforcing the order of the National Labor Relations Board herein be forthwith filed and entered, and certified copies thereof issued to the respective parties.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Max and Edward SOBEL, Copartners, Doing Business as Sobel Cap Manufacturing Company, Respondents.

No. 11176.

Circuit Court of Appeals, Ninth Circuit.

Nov. 27, 1945.

A. Norman Somers, Asst. Gen. Counsel, NLRB of Washington, D. C., for petitioner.

J. Wesley Cupp, of Los Angeles, Cal., for respondents.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

This cause coming on for hearing on petition of the National Labor Relations Board, filed November 8, 1945, for entry of a decree of this Court enforcing its order herein of November 5, 1945, and it appearing from the transcript of record in this cause that the respondents consent to entry of such decree of this Court, and that the respondents have been served by an order to show cause issued out of this Court, and have filed no response to such order to show cause and that the time limited in such order to show cause within which a response may be filed has expired, and good cause therefor appearing, it is ordered that a decree of this Court enforcing the order of the National Labor Relations Board herein be forthwith filed and entered, and certified copies thereof issued to the respective parties.

Bernard M. SHOTKIN v. Julius A. KRUG, as Chairman of the War Production Board, et al.

No. 3191.

Circuit Court of Appeals, Tenth Circuit.

Nov. 8, 1945.

Bernard M. Shotkin, pro se.

Thomas J. Morrissey, U. S. Atty., Ivor O. Wingren, Asst. U. S. Atty., and G. Dexter Blount, all of Denver, Colo., for appellees.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on the ground that the issues have now become moot.